IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANTZ SAMSON, a Washington resident, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTHCARE SERVICES, INC.,<br><br>Defendant. | Case No. 2:19-cv-00175<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LCR 7.1, defendant United HealthCare Services, Inc., by and through its undersigned counsel, hereby submits this Corporate Disclosure Statement, certifying that United HealthCare Services, Inc. is a wholly-owned subsidiary of UnitedHealth Group Incorporated, which is a publicly-traded holding company.

Dated: February 5, 2019

HOLLAND & KNIGHT LLP

By: *s/ Shannon Armstrong*

Shannon Armstrong, WSB # 45947
shannon.armstrong@hklaw.com
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300
Fax: 503.241.8014

HOLLAND & KNIGHT LLP

By: *s/ Kristin M. Asai*

Kristin M. Asai, WSB # 49511
kristin.asai@hkland.com
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300
Fax: 503.241.8014

*Attorneys for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing DEFENDANT'S CORPORATE DISCLOSURE STATEMENT to be served on the following person[s]:

Beth E. Terrell
Jennifer Rust Murray
Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
bterrell@terrellmarshall.com
jmurray@terrellmarshall.com

*Attorneys for Plaintiff*

James A. Francis
John Soumilas
Francis & Mailman, P.C.
1600 Market Street, 25th Floor
Philadelphia, Pennsylvania 19103
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com

*Attorneys for Plaintiff*

Jonathan Shub
Kevin Laukaitis
Aarthi Manohar
Kohn, Swift & Graf, P.C.
1600 Market Street, Suite 2500
Philadelphia, Pennsylvania 19103
jshub@kohnswift.com
klaukaitis@kohnswift.com
amanohar@kohnswift.com

*Attorneys for Plaintiff*

by causing the document to be delivered by the following indicated method or methods:

☑ by CM/ECF electronically mailed notice from the Court on the date set forth below.

☑ by mailing full, true and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐ by causing full, true, and correct copies thereof to be hand-delivered to the parties and/or their attorneys at their last-known office addresses listed above on the date set forth below.

☐ by sending full, true, and correct copies thereof, via overnight courier in sealed, prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or their attorneys, on the date set forth below.

☐ by faxing full, true, and correct copies thereof to the fax machines which are the last-known fax numbers for the parties' and/or attorneys' offices, on the date set forth below.

DATED February 5, 2019.

*s/ Shannon Armstrong*
Shannon Armstrong