UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANTZ SAMSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTHCARE SERVICES, INC.,<br><br>Defendant. | CASE NO. C19-0175JLR<br><br>RULE 16(B) AND RULE 23(D)(2) SCHEDULING ORDER REGARDING CLASS CERTIFICATION MOTION |

| | |
|---|---|
| Deadline to complete discovery on class certification (not to be construed as a bifurcation of discovery) | *July 3, 2019* |
| Deadline for Plaintiffs to file motion for class certification (noted on the fourth Friday after filing and service of the motion pursuant to Local Rules W.D. Wash. LCR 7(d)(3) unless the parties agree to different times for filing the response and reply memoranda). | *August 2, 2019* |

ORDER - 1

1     This Order is issued at the outset of the case, and a copy is sent by the clerk to
2 counsel for plaintiff (or plaintiff, if pro se) and any defendants who have appeared.
3 Plaintiff's counsel (or plaintiff, if pro se) is directed to serve copies of this Order on all
4 parties who appear after this Order is filed. Such service shall be accomplished within
5 ten (10) days after each appearance.

6     The court will set further case schedule deadlines pursuant to Federal Rule of Civil
7 Procedure 16(b) after ruling on the motion for class certification. Counsel for Plaintiff(s)
8 shall inform the court immediately should Plaintiff(s) at any time decide not to seek class
9 certification. The dates set in this scheduling order are firm dates that can be changed
10 only by order of the court, not by agreement of the parties. The court will alter these
11 dates only upon good cause shown. The failure to complete discovery within the time
12 allowed will not ordinarily constitute good cause. As required by LCR 37(a), all
13 discovery matters are to be resolved by agreement if possible. In addition, pursuant to
14 Federal Rule of Civil Procedure 16, the Court "direct[s] that before moving for an order
15 relating to discovery, the movant must request a conference with the court" by notifying
16 Ashleigh Drecktrah at (206) 370-8520. See Fed. R. Civ. P. 16(b)(3)(B)(v).

17     Dated this 20th day of February, 2019.

JAMES L. ROBART
United States District Judge

ORDER - 2