Honorable James L. Robart

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| FRANTZ SAMSON, a Washington resident, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTHCARE SERVICES, INC.,<br><br>Defendant. | Case No. 2:19-cv-00175-JLR<br><br>**ORDER ON DEFENDANT'S UNOPPOSED MOTION TO WAIVE GEOGRAPHIC REQUIREMENT IN LCR 83.1** |

THIS MATTER has come before the Court on Defendant's Unopposed Motion to Waive Geographic Requirement in LCR 83.1. The Court has reviewed the motion and, deeming that good cause exists, GRANTS the motion. The Court hereby waives the geographic requirement for local counsel in LCR 83.1(d)(2), and orders that Shannon Armstrong and Kristin Asai may serve as local counsel in this matter and file *pro hac vice* applications under LCR 83.1(d).

IT IS SO ORDERED.

Dated this 20 day of February, 2019.

HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO
WAIVE GEOGRAPHIC REQUIREMENT IN LCR 83.1
(2:19-CV-00175-JLR) - PAGE 1

HOLLAND & KNIGHT LLP
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503-243-2300

1  Presented by:

2

3  *s/ Shannon Armstrong*
   Shannon Armstrong, WSBA #45947
   Shannon.Armstrong@hklaw.com
4  HOLLAND & KNIGHT LLP
   2300 US Bancorp Tower
5  111 SW Fifth Avenue
   Portland, OR  97204
6  Telephone:  503.243.2300

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO WAIVE GEOGRAPHIC REQUIREMENT IN LCR 83.1 (2:19-CV-00175-JLR) - PAGE 2

HOLLAND & KNIGHT LLP
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR  97204
Telephone: 503-243-2300