THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRANTZ SAMSON, a Washington resident, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTHCARE SERVICES, INC.,<br><br>Defendant. | NO. 2:19-cv-00175-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND CASE SCHEDULE**<br><br>Note on Motion Calendar: May 31, 2019 |

Pursuant to LCR 16(a)(2) and this Court's Rule 16(b) and Rule 23(d)(2) Scheduling Order Regarding Class Certification Motion (Dkt. #15), the parties respectfully submit this stipulated motion to amend the case schedule to extend the current deadlines to brief class certification and associated discovery deadlines based on the following:

1. Plaintiff filed this proposed class action lawsuit in King County Superior Court on January 9, 2019. Defendant filed a notice of removal on February 5, 2019 (Dkt. #1). Plaintiff alleges that Defendant violates the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA") by placing calls with prerecorded messages to consumers' cellular telephones without their consent. Defendant denies Plaintiff's allegations and has asserted various affirmative defenses.

2. This Court entered a scheduling order on February 20, 2019 (Dkt. #15).

STIPULATED MOTION AND [PROPOSED] ORDER
TO AMEND CASE SCHEDULE - 1
CASE NO. 2:19-CV-00175-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

3. Defendant filed its Answer and Affirmative Defenses on March 14, 2019 (Dkt. #34).

4. On March 28, 2019, Defendant filed a motion to stay the matter pending rulings by the FCC on various issues (Dkt. #35). This Court denied Defendant's motion on May 20, 2019 (Dkt. #41).

5. The parties filed a Joint Status Report and Discovery Plan on April 10, 2019 (Dkt. #38). In the Joint Status Report, Plaintiff proposed a class certification briefing schedule that extended the class certification deadlines to allow for expert discovery. Defendant proposed that a case schedule be set after the Court ruled on its motion to stay. *See* Dkt. #38 at 5-6.

6. Plaintiff served his first Requests for Production and Interrogatories on May 3, 2019. Defendant's responses are due on June 5, 2019.

7. After the Court denied Defendant's motion to stay, the parties conferred further regarding a proposed case schedule and jointly request that the Court amend the current case management schedule and enter the following schedule:

| EVENT | DEADLINE |
| --- | --- |
| Deadline to join additional parties and amend pleadings | July 15, 2019 |
| Plaintiff's disclosure of experts related to class certification | September 9, 2019 |
| Defendant's disclosure of experts related to class certification | October 7, 2019 |
| Plaintiff's disclosure of rebuttal experts | November 4, 2019 |
| Deadline to complete expert depositions | November 22, 2019 |
| Plaintiff's motion for class certification due | December 13, 2019 |
| Defendant's class certification response due | January 17, 2020 |
| Plaintiff's class certification reply due | January 31, 2020 |

STIPULATED MOTION AND [PROPOSED] ORDER
TO AMEND CASE SCHEDULE - 2
CASE NO. 2:19-CV-00175-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

8. Good cause exists to change the scheduling order dates. The current schedule does not build in time for the parties to complete ESI discovery and expert work relating to the claims and defenses. The parties' proposed schedule provides time for the parties to conduct fact and expert discovery related to class certification before class certification is briefed. The proposed extensions of time will not unduly delay the prosecution of the case.

Accordingly, the parties respectfully request an order extending the deadlines consistent with the schedule described in paragraph 7 of this submission.

RESPECTFULLY SUBMITTED AND DATED this 31st day of May, 2019.

TERRELL MARSHALL LAW
  GROUP PLLC

By: /s/ Jennifer Rust Murray #36983
   Beth E. Terrell, WSBA #26759
   Email: bterrell@terrellmarshall.com
   Jennifer Rust Murray, WSBA #36983
   Email: jmurray@terrellmarshall.com
   Adrienne D. McEntee, WSBA #34061
   Email: amcentee@terrellmarshall.com
   936 North 34th Street, Suite 300
   Seattle, Washington 98103-8869
   Telephone: (206) 816-6603
   Facsimile: (206) 319-5450

   James A. Francis, *Admitted Pro Hac Vice*
   Email: jfrancis@consumerlawfirm.com
   John Soumilas, *Admitted Pro Hac Vice*
   Email: jsoumilas@consumerlawfirm.com
   FRANCIS & MAILMAN, P.C.
   1600 Market Street, 25th Floor
   Philadelphia, Pennsylvania 19103
   Telephone: (215) 735-8600
   Facsimile: (215) 940-8000

HOLLAND & KNIGHT LLP

By: /s/ Kristin M. Asai, WSBA #49511
   Shannon Armstrong, WSBA #45947
   Email: shannon.armstrong@hklaw.com
   Kristin M. Asai, WSBA #49511
   Email: kristin.asai@hklaw.com
   2300 U.S. Bancorp Tower
   111 SW Fifth Avenue
   Portland, Oregon 97204
   Telephone: (503) 243-2300
   Facsimile: (503) 241-8014

   Nipun Patel, *Admitted Pro Hac Vice*
   Email: nipun.patel@hklaw.com
   Paul Bond, *Admitted Pro Hac Vice*
   Email: paul.bond@hklaw.com
   HOLLAND & KNIGHT LLP
   Cira Center, 2929 Arch Street, Suite 800
   Philadelphia, Pennsylvania 19104
   Telephone: (215) 252-9600
   Facsimile: (215) 867-6070

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
TO AMEND CASE SCHEDULE - 3
CASE NO. 2:19-CV-00175-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | |
|---|---|
| Jonathan Shub<br>Email: jshub@kohnswift.com<br>Kevin Laukaitis<br>Email: klaukaitis@kohnswift.com<br>Aarthi Manohar<br>Email: amanohar@kohnswift.com<br>KOHN, SWIFT & GRAF, P.C.<br>1600 Market Street, Suite 2500<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 238-1700<br>Facsimile: (215) 238-1968<br><br>*Attorneys for Plaintiff* | Zalika Pierre, *Admitted Pro Hac Vice*<br>Email: zalika.pierre@hklaw.com<br>HOLLAND & KNIGHT LLP<br>31 West 52nd Street, 12th Floor<br>New York, New York 10019<br>Telephone: (212) 513-3200<br>Facsimile: (212) 385-9010<br><br>*Attorneys for Defendant* |

## [PROPOSED] ORDER

IT IS SO ORDERED.

Dated this **31st** day of **May**, 2019.

_____
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND [PROPOSED] ORDER
TO AMEND CASE SCHEDULE - 4
CASE NO. 2:19-CV-00175-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## CERTIFICATE OF SERVICE

I, Jennifer Rust Murray, hereby certify that on May 31, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Shannon Armstrong, WSBA #45947
    Email: shannon.armstrong@hklaw.com
    Kristin M. Asai, WSBA #49511
    Email: kristin.asai@hklaw.com
    HOLLAND & KNIGHT LLP
    2300 U.S. Bancorp Tower
    111 SW Fifth Avenue
    Portland, Oregon 97204
    Telephone: (503) 243-2300
    Facsimile: (503) 241-8014

    Nipun Patel, *Admitted Pro Hac Vice*
    Email: nipun.patel@hklaw.com
    Paul Bond, *Admitted Pro Hac Vice*
    Email: paul.bond@hklaw.com
    HOLLAND & KNIGHT LLP
    Cira Center, 2929 Arch Street, Suite 800
    Philadelphia, Pennsylvania 19104
    Telephone: (215) 252-9600
    Facsimile: (215) 867-6070

    Zalika Pierre, *Admitted Pro Hac Vice*
    Email: zalika.pierre@hklaw.com
    HOLLAND & KNIGHT LLP
    31 West 52nd Street, 12th Floor
    New York, New York 10019
    Telephone: (212) 513-3200
    Facsimile: (212) 385-9010

    *Attorneys for Defendant*

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
TO AMEND CASE SCHEDULE - 5
CASE NO. 2:19-CV-00175-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  DATED this 31st day of May, 2019.

2            TERRELL MARSHALL LAW GROUP PLLC

3  By:   /s/ Jennifer Rust Murray, WSBA #36983
      Jennifer Rust Murray, WSBA #36983
4        Email: jmurray@terrellmarshall.com
      936 North 34th Street, Suite 300
5        Seattle, Washington 98103
      Telephone: (206) 816-6603
6        Facsimile: (206) 319-5450

7  *Attorneys for Plaintiff*

STIPULATED MOTION AND [PROPOSED] ORDER
TO AMEND CASE SCHEDULE - 6
CASE NO. 2:19-CV-00175-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com