THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRANTZ SAMSON, a Washington resident, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTHCARE SERVICES, INC.,<br><br>Defendant. | NO. 2:19-cv-00175-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING CASE MANAGEMENT DEADLINES**<br><br>Note on Motion Calendar: August 12, 2019 |

Pursuant to LCR 16(a)(2), the parties respectfully submit this stipulated motion to amend the case schedule to extend the current deadlines to brief class certification and associated discovery deadlines based on the following:

1. Plaintiff filed this proposed class action lawsuit in King County Superior Court on January 9, 2019. Defendant denies Plaintiff's allegations and has asserted various affirmative defenses.

2. Plaintiff served his first set of written discovery requests on May 3, 2019.

3. After denying Defendant's motion to stay this case until the FCC defines the terms "called party" and "ATDS," (Dkt. #41), this Court entered an Amended Scheduling Order based on the parties' stipulation (Dkt. #43). The Amended Scheduling Order was entered on May 20, 2019.

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING CASE MANAGEMENT DEADLINES - 1
CASE NO. 2:19-CV-00175-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

4. The Amended Scheduling Order set a deadline of September 9, 2019 for Plaintiff to disclose his experts and expert reports relating to class certification. *See id.* The parties proposed this deadline because they believed Defendant could produce classwide calling data sufficiently in advance of the deadline for Plaintiff's experts to complete their work.

5. Defendant responded to Plaintiff's first discovery requests on June 7, 2019, and indicated that it would produce class calling data at a later time. The parties met and conferred about Defendant's discovery responses and Defendant's counsel indicated that Defendant would try to produce the calling data by August 9, 2019. On August 7, 2019, Defendant's counsel informed Plaintiff's counsel that due to the size of the data and limited resources it will not be able to complete its production of calling data until the end of the month.

6. The parties are working diligently to complete discovery. Defendant has indicated it will produce documents responsive to Plaintiff's discovery requests this week and will produce a portion of the calling data next week. The parties also have been working cooperatively to schedule depositions to take place at the end of this month.

7. The parties seek a short 30-day extension of the current deadlines to provide Defendant time to produce calling data and for Plaintiff's experts to analyze it and draft their reports. The parties propose the following amended schedule

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Deadline to join additional parties and amend pleadings | July 15, 2019 | N/A |
| Plaintiff's disclosure of experts related to class certification | September 9, 2019 | October 4, 2019 |
| Defendant's disclosure of experts related to class certification | October 7, 2019 | November 1, 2019 |

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING CASE MANAGEMENT DEADLINES - 2
CASE NO. 2:19-CV-00175-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Plaintiff's disclosure of rebuttal experts | November 4, 2019 | December 2, 2019 |
| Deadline to complete expert depositions | November 22, 2019 | December 20, 2019 |
| Plaintiff's motion for class certification due | December 13, 2019 | January 17, 2020 |
| Defendant's class certification response due | January 17, 2020 | February 14, 2020 |
| Plaintiff's class certification reply due | January 31, 2020 | February 28, 2020 |

8. Good cause exists to change the scheduling order dates. Due to the volume of the class calling data and Defendant's limited resources, the current schedule does not build in time for the parties to complete ESI discovery and expert work relating to the claims and defenses. The parties' proposed schedule provides time for the parties to conduct fact and expert discovery related to class certification before class certification is briefed. The proposed extensions of time will not unduly delay the prosecution of the case.

Accordingly, the parties respectfully request an order extending the deadlines consistent with the schedule described in paragraph 7 of this submission.

RESPECTFULLY SUBMITTED AND DATED this 12th day of August, 2019.

TERRELL MARSHALL LAW
GROUP PLLC

By: /s/ Jennifer Rust Murray #36983
   Beth E. Terrell, WSBA #26759
   Email: bterrell@terrellmarshall.com
   Jennifer Rust Murray, WSBA #36983
   Email: jmurray@terrellmarshall.com
   Adrienne D. McEntee, WSBA #34061
   Email: amcentee@terrellmarshall.com
   936 North 34th Street, Suite 300
   Seattle, Washington 98103-8869
   Telephone: (206) 816-6603
   Facsimile: (206) 319-5450

HOLLAND & KNIGHT LLP

By: /s/ Kristin M. Asai, WSBA #49511
   Shannon Armstrong, WSBA #45947
   Email: shannon.armstrong@hklaw.com
   Kristin M. Asai, WSBA #49511
   Email: kristin.asai@hklaw.com
   2300 U.S. Bancorp Tower
   111 SW Fifth Avenue
   Portland, Oregon 97204
   Telephone: (503) 243-2300
   Facsimile: (503) 241-8014

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING CASE MANAGEMENT DEADLINES - 3
CASE NO. 2:19-CV-00175-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | |
|---|---|
| James A. Francis, *Admitted Pro Hac Vice* <br> Email: jfrancis@consumerlawfirm.com <br> John Soumilas, *Admitted Pro Hac Vice* <br> Email: jsoumilas@consumerlawfirm.com <br> David A. Searles, Admitted Pro Hac Vice <br> Email: dsearles@consumerlawfirm.com <br> FRANCIS & MAILMAN, P.C. <br> 1600 Market Street, 25th Floor <br> Philadelphia, Pennsylvania 19103 <br> Telephone: (215) 735-8600 <br> Facsimile: (215) 940-8000 <br><br> Jonathan Shub <br> Email: jshub@kohnswift.com <br> Kevin Laukaitis <br> Email: klaukaitis@kohnswift.com <br> Aarthi Manohar <br> Email: amanohar@kohnswift.com <br> KOHN, SWIFT & GRAF, P.C. <br> 1600 Market Street, Suite 2500 <br> Philadelphia, Pennsylvania 19103 <br> Telephone: (215) 238-1700 <br> Facsimile: (215) 238-1968 <br><br> *Attorneys for Plaintiff* | Nipun Patel, *Admitted Pro Hac Vice* <br> Email: nipun.patel@hklaw.com <br> Paul Bond, *Admitted Pro Hac Vice* <br> Email: paul.bond@hklaw.com <br> HOLLAND & KNIGHT LLP <br> Cira Center, 2929 Arch Street, Suite 800 <br> Philadelphia, Pennsylvania 19104 <br> Telephone: (215) 252-9600 <br> Facsimile: (215) 867-6070 <br><br> Zalika Pierre, *Admitted Pro Hac Vice* <br> Email: zalika.pierre@hklaw.com <br> HOLLAND & KNIGHT LLP <br> 31 West 52nd Street, 12th Floor <br> New York, New York 10019 <br> Telephone: (212) 513-3200 <br> Facsimile: (212) 385-9010 <br><br> *Attorneys for Defendant* |

[~~PROPOSED~~] ORDER  JLR

IT IS SO ORDERED.

Dated this 12th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
EXTENDING CASE MANAGEMENT DEADLINES - 4
CASE NO. 2:19-CV-00175-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

# CERTIFICATE OF SERVICE

I, Jennifer Rust Murray, hereby certify that on August 12, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Shannon Armstrong, WSBA #45947
>Email: shannon.armstrong@hklaw.com
>Kristin M. Asai, WSBA #49511
>Email: kristin.asai@hklaw.com
>HOLLAND & KNIGHT LLP
>2300 U.S. Bancorp Tower
>111 SW Fifth Avenue
>Portland, Oregon 97204
>Telephone: (503) 243-2300
>Facsimile: (503) 241-8014
>
>Nipun Patel, *Admitted Pro Hac Vice*
>Email: nipun.patel@hklaw.com
>Paul Bond, *Admitted Pro Hac Vice*
>Email: paul.bond@hklaw.com
>HOLLAND & KNIGHT LLP
>Cira Center, 2929 Arch Street, Suite 800
>Philadelphia, Pennsylvania 19104
>Telephone: (215) 252-9600
>Facsimile: (215) 867-6070
>
>Zalika Pierre, *Admitted Pro Hac Vice*
>Email: zalika.pierre@hklaw.com
>HOLLAND & KNIGHT LLP
>31 West 52nd Street, 12th Floor
>New York, New York 10019
>Telephone: (212) 513-3200
>Facsimile: (212) 385-9010
>
>*Attorneys for Defendant*

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING CASE MANAGEMENT DEADLINES - 5
CASE NO. 2:19-CV-00175-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  DATED this 12th day of August, 2019.

2          TERRELL MARSHALL LAW GROUP PLLC

3          By:   /s/ Jennifer Rust Murray, WSBA #36983
               Jennifer Rust Murray, WSBA #36983
4              Email: jmurray@terrellmarshall.com
               936 North 34th Street, Suite 300
5              Seattle, Washington 98103
               Telephone: (206) 816-6603
6              Facsimile: (206) 319-5450

7          *Attorneys for Plaintiff*

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING CASE MANAGEMENT DEADLINES - 6
CASE NO. 2:19-CV-00175-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com