UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANTZ SAMSON, | CASE NO. C19-0175JLR |
| Plaintiff, | ORDER |
| v. | |
| UNITEDHEALTHCARE SERVICES INC., | |
| Defendant. | |

Before the court is Plaintiff Frantz Samson and Defendant UnitedHealthCare Services, Inc.'s stipulated motion to extend case management deadlines. (Mot. (Dkt. # 50).) The court has considered the stipulated motion, the relevant portions of the record, and the applicable law. Being fully advised, the court GRANTS the motion. The court finds that there is good cause to extend the case schedule as follows:

//

//

| EVENT | CURRENT DEADLINE | REVISED DEADLINE |
|---|---|---|
| Plaintiff's disclosure of experts related to class certification | October 4, 2019 | November 13, 2019 |
| Defendant's disclosure of experts related to class certification | November 1, 2019 | December 11, 2019 |
| Plaintiff's disclosure of rebuttal experts | December 2, 2019 | January 6, 2019 |
| Deadline to complete expert depositions | December 20, 2019 | January 17, 2019 |
| Plaintiff's motion for class certification due | January 17, 2020 | January 31, 2019 |
| Defendant's class certification response due | February 14, 2020 | February 28, 2019 |
| Plaintiff's class certification reply due | February 28, 2020 | March 13, 2019 |
| Noting Date for Plaintiff's motion for class certification | February 28, 2020 | March 13, 2019 |

Although the court finds good cause to grant the parties' stipulated motion, the court notes that this is the third extension to the class certification schedule. (*See* Dkt. ## 43, 49.) The court cautions the parties that it will not grant additional extensions absent good cause.

Dated this 24th day of September, 2019.

JAMES L. ROBART
United States District Judge