|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| FRANTZ SAMSON,<br><br>                 Plaintiff,<br>    v.<br><br>UNITEDHEALTHCARE SERVICES INC.,<br><br>                 Defendant. | CASE NO. C19-0175JLR<br><br>ORDER |

Before the court is Plaintiff Frantz Samson and Defendant UnitedHealthCare Services, Inc.'s stipulated motion to extend case deadlines. (Mot. (Dkt. # 71).) The court has considered the stipulated motion, the relevant portions of the record, and the applicable law. Being fully advised, the court GRANTS the motion. The court finds that there is good cause to extend the case schedule as follows:

//

//

ORDER - 1

| EVENT | CURRENT DEADLINE[1] | REVISED DEADLINE |
|---|---|---|
| Deadline to complete expert depositions | March 13, 2020 | April 17, 2020 |
| Deadline to file motion for leave to amend complaint (subject to Defendant's reservation of rights to oppose the motion) | N/A | April 28, 2020 |
| Plaintiff's motion for class certification due | March 27, 2020 | May 8, 2020 |
| Defendant's class certification response due | April 24, 2020 | June 5, 2020 |
| Plaintiff's class certification reply, if any, due | May 8, 2020 | June 19, 2020 |

Although the court has been indulgent with the parties' requests for extensions (*see* Dkt. ## 33, 43, 49, 52, 69), the court cautions the parties that it is unlikely to grant additional extensions.

Dated this 6th day of March, 2020.

JAMES L. ROBART
United States District Judge

---

[1] (*See* 12/31/19 Order (Dkt. # 69) at 4.)