UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANTZ SAMSON, | CASE NO. C19-0175JLR |
| Plaintiff, | ORDER |
| v. | |
| UNITEDHEALTHCARE SERVICES INC., | |
| Defendant. | |

Before the court is Plaintiff Frantz Samson and Defendant UnitedHealthCare Services, Inc.'s stipulated motion to extend case deadlines. (Mot. (Dkt. # 73).) The parties seek a six-week extension to the deadlines to complete expert depositions for class certification, to seek leave to amend the complaint, and to file class certification briefing. (*See id.* at 2-3.) The parties allege that the COVID-19 pandemic has made it difficult for the parties to comply with the current case schedule. (*See id.* at 2.) The court has

//

ORDER - 1

considered the stipulated motion, the relevant portions of the record, and the applicable law. Being fully advised, the court DENIES the motion.

Although the court understands and appreciates the COVID-19 pandemic's impact, the court has a full docket that would quickly fall into disarray if the court granted extensions to every party who faced scheduling difficulties due to COVID-19. Thus, the court finds that alleging that COVID-19 creates scheduling challenges—without specifying what those challenges are or providing additional grounds for schedule relief—does not constitute good cause to modify a case schedule.

Here, the parties have not provided sufficient additional grounds for an extension to the case schedule given the tremendous amount of scheduling leeway that the court has given the parties in this case. On February 20, 2019, the court set a July 3, 2019, deadline to complete class certification discovery and an August 2, 2019, deadline for Mr. Samson to file a class certification motion. (*See* 2/19/19 Sched. Order (Dkt. # 15).) Since that date, the parties have filed seven stipulated motions to continue including the current motion. (*See* 2/28/19 Stip. Mot. (Dkt. # 32); 5/31/19 Stip. Mot. (Dkt. # 42); 8/12/19 Stip. Mot. (Dkt. # 48); 9/24/19 Stip. Mot. (Dkt. # 50); 12/31/19 Stip. Mot. (Dkt. # 67); 3/4/20 Stip. Mot. (Dkt. # 71).) The court's most recent order granting a stipulated extension moved the deadline to complete expert discovery to April 17, 2020, and the deadline for Mr. Samson to file a class certification motion to May 8, 2020. (*See* 3/6/20 Order (Dkt. # 72).) Thus, the court has granted the parties more than nine additional months to complete class certification discovery and file a class certification motion. (*Compare id. with* 2/19/19 Sched. Order.) Accordingly, in its last order, the court

1 | informed the parties that "[a]lthough the court has been indulgent with the parties'
2 | requests for extensions, the court cautions the parties that it is unlikely to grant additional
3 | extensions." (*See* 3/6/19 Order at 2 (citations omitted).)

The court finds that the parties' alleged scheduling problems are primarily of the parties' own making and do not constitute good cause to amend the case schedule for the seventh time. Accordingly, the parties' motion to extend is DENIED.

Dated this 6th day of April, 2020.

JAMES L. ROBART
United States District Judge