THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRANTZ SAMSON, a Washington resident, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTHCARE SERVICES, INC.,<br><br>Defendant. | NO. 2:19-cv-00175-JLR<br><br>**STIPULATION AND ORDER PERMITTING PLAINTIFF TO FILE AMENDED COMPLAINT**<br><br>**Noted for consideration**: **4/10/2020** |

## I.  STIPULATION

Pursuant to Federal Rule of Civil Procedure 15(a)(2), the parties agree that Plaintiff may file an Amended Complaint. Pursuant to Local Civil Rule 15, Plaintiff has attached a red-lined copy of his proposed Amended Complaint as Exhibit 1 and a clean version as Exhibit 2. The red interlineations in Exhibit 1 show where the Amended Complaint differs from the original Complaint. In support of the parties' stipulation, they state:

1. Federal Rule of Civil Procedure 15(a)(2) permits a party to amend his pleading with the opposing party's consent or the Court's leave. Fed. R. Civ. P. 15(a)(2).

2. Defendant has consented to Plaintiff filing the Amended Complaint in substantially the form attached as Exhibit 2 to this stipulation.

1  3. The deadline for Plaintiff to amend his Complaint is April 28, 2020. Dkt. No.
2  72.

3  4. Because Defendant consents to Plaintiff filing his Amended Complaint and
4  because Plaintiff is filing his Amended Complaint before the deadline, it is appropriate to
5  permit Plaintiff to file the Amended Complaint in substantially the form attached as <u>Exhibit 2</u>.
6  Fed. R. Civ. P. 15(a)(2).

7  RESPECTFULLY SUBMITTED AND DATED this 10th day of April, 2020.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Jennifer Rust Murray #36983
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, WSBA #36983
Email: jmurray@terrellmarshall.com
Adrienne D. McEntee, WSBA #34061
Email: amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

James A. Francis, *Admitted Pro Hac Vice*
Email: jfrancis@consumerlawfirm.com
John Soumilas, *Admitted Pro Hac Vice*
Email: jsoumilas@consumerlawfirm.com
David A. Searles, *Admitted Pro Hac Vice*
Email: dsearles@consumerlawfirm.com
Jordan M. Sartell, *Admitted Pro Hac Vice*
Email: jsartell@consumerlawfirm.com
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, 25th Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

LANE POWELL PC

By: /s/ Barbara J. Duffy, WSBA #18885
Barbara J. Duffy, WSBA #18885
Email: duffyb@lanepowell.com
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: (206) 223-7944
Facsimile: (206) 223-7107

Maxwell V. Pritt, *Admitted Pro Hac Vice*
Email: mpritt@bsfllp.com
Email: jchavez@bsfllp.com
Email: cseki@bsfllp.com
Email: tle@bsfllp.com
Quyen L. Ta, *Admitted Pro Hac Vice*
Email: qta@bsfllp.com
Email: quyen-ta-1056@ecf.pacerpro.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, California 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

*Attorneys for Defendant*

Jonathan Shub, *Admitted Pro Hac Vice*
Email: jshub@kohnswift.com
Kevin Laukaitis, *Admitted Pro Hac Vice*
Email: klaukaitis@kohnswift.com
Aarthi Manohar, *Admitted Pro Hac Vice*
Email: amanohar@kohnswift.com
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, Pennsylvania 19103
Telephone: (215) 238-1700
Facsimile: (215) 238-1968

*Attorneys for Plaintiff*

## II.  ORDER

Based on the parties foregoing stipulation, Plaintiff may file an Amended Complaint in substantially the form as Exhibit 2 to the parties' stipulation.

IT IS SO ORDERED.

DATED this  14th  day of  April                          , 2020.

_____
UNITED STATES DISTRICT JUDGE