THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANTZ SAMSON, individually and on behalf of all others similarly situated, | |
| | Case No. 2:19-cv-00175-JLR |
| Plaintiffs, | DEFENDANT'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF |
| v. | |
| UNITED HEALTHCARE SERVICES, INC., | Noted for Consideration: June 2, 2020 |
| Defendant. | |

## I. RELIEF REQUESTED

Pursuant to LCR 7(f), Defendant United HealthCare Services, Inc. ("United") respectfully seeks an order permitting it to file an overlength brief in Opposition to Plaintiff's Motion for Class Certification. LCR 7(e)(3) provides that motions for class certification and briefs in opposition are limited to 24 pages in length. United respectfully requests permission to file a brief containing no more than 10 additional pages, for a total page limit of 34 pages.

United sought Plaintiff's counsel's concurrence in the filing of this motion, and Plaintiff's counsel stated that they do not take a position on the motion except to say that, if the Court grants the motion, Plaintiff requests that he be granted additional pages for his reply proportional to Defendant's request.

## II. ARGUMENT

The additional pages requested are necessary in large part to provide sufficient explanation of facts and law as to a range of issues relevant to the predominance inquiry. Those

DEFENDANT'S MOTION FOR LEAVE TO FILE
OVERLENGTH BRIEF - 1
CASE NO. 2:19-CV-00175-JLR

115616.0080/8075069.2

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

issues include issues familiar to TCPA class litigation such as the individualized inquiries necessary to address issues of consent and revocation of consent.  At the same time, the opposition will also address important legal and factual issues unique to the health insurance context, including health and safety related exceptions to the consent requirement, the impact of the McCarran Ferguson Act, examples of state statutes that are implicated, a brief explanation of the regulatory background that applies to the population of members of United's Medicare Advantage and Dual Special Needs Plans who were the intended recipients of the calls in this case, and an explanation of how all of these issues impact the predominance inquiry as applied to the many different health and insurance-related call campaigns at issue.  These issues combine with a number of additional arguments related to the class representative's inadequacy as a class representative, the atypicality of his claims, and additional explanation as to why the proposed classes are disproportionate to his claims, unmanageable, and otherwise inappropriate.

### III.    CONCLUSION

For the foregoing reasons, United respectfully requests leave to file an Opposition to Plaintiff's Motion for Class Certification of no more than 34 pages.

DATED:  June 2, 2020.

LANE POWELL PC

By  *s/Heidi B. Bradley*
Barbara J. Duffy, WSBA #18885
Heidi B. Bradley, WSBA #35759
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA  98111-9402
Telephone: 206.223.7000
Facsimile: 206.223.7107
Email:  bradleyh@lanepowell.com
Attorneys for Defendant United HealthCare Services, Inc.

DEFENDANT'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF - 2
CASE NO. 2:19-CV-00175-JLR
115616.0080/8075069.2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRANTZ SAMSON, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

UNITED HEALTHCARE SERVICES, INC.,

Defendant.

Case No. 2:19-cv-00175-JLR

ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF

Noted for Consideration: June 2, 2020

## **ORDER**

United HealthCare Services, Inc.'s Motion for Leave to File Overlength Brief is GRANTED. United may file an Opposition to Plaintiff's Motion for Class Certification of no more than 34 pages. Plaintiff may file a reply brief in further support of its Motion for Class Certification that is no more than half the length of United's Opposition.

IT IS SO ORDERED.

DATED this 3rd day of June, 2020.

_____
Honorable James L. Robart

ORDER GRANTING DEFENDANT'S MOTION FOR
LEAVE TO FILE OVERLENGTH BRIEF - 1 CASE NO.
2:19-CV-00175-JLR

115616.0080/8076008.1