# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FRANTZ SAMSON, | CASE NO. C19-0175JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNITEDHEALTHCARE SERVICES, INC., | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The Honorable James L. Robart recuses himself and the case is reassigned in rotation to the Honorable Marsha J. Pechman. All future pleadings shall bear the cause number C19-0175MJP.

//

//

MINUTE ORDER - 1

Filed and entered this 16th day of August, 2022.

                  RAVI SUBRAMANIAN
                  Clerk of Court

                  s/ Ashleigh Drecktrah
                  Deputy Clerk

MINUTE ORDER - 2