UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANTZ SAMSON, individually and on behalf of all others simularly situated, <br><br> Plaintiff, <br><br> v. <br><br> UNITED HEALTHCARE SERVICES INC., <br><br> Defendant. | CASE NO. 2:19-cv-00175 <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Parties appeared before the Court September 1, 2022 to discuss the status of the case. The Court has asked the Parties to file briefs on whether the stay should remain in place, the likelihood that the stay in the Matlock case out of the Eastern District of California will remain, and any other issues the Court should consider with regard to the present stay. The Parties are to file briefs no more than ten (10) pages due two weeks from tomorrow, September 2, 2022.

MINUTE ORDER - 1

The clerk is ordered to provide copies of this order to all counsel.

Filed September 1, 2022.

                    Ravi Subramanian
                    Clerk of Court

                    s/Serge Bodnarchuk
                    Deputy Clerk

MINUTE ORDER - 2