UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANTZ SAMSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITEDHEALTHCARE SERVICES, INC.,<br><br>　　　　　　　Defendant. | CASE NO. 2:19-175<br><br>ORDER DENYING MOTION TO FILE OVER-LENGTH OPPOSITION TO CLASS CERTIFICATION MOTION |

This matter is before the Court on Defendant's Motion to File an Over-Length Opposition to Class Certification (Dkt. No. 183). The Court, having reviewed the Motion and all relevant material, DENIES the Motion. Under Local Rule 7(f) motions to file an over-length brief are generally disfavored and the Court does not believe the circumstances here warrant additional pages.

//

//

1      The clerk is ordered to provide copies of this order to all counsel.

2      Dated February 10, 2023.

                                                      Marsha J. Pechman
                                                      United States Senior District Judge