# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FRANTZ SAMSON, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTHCARE SERVICES, INC.,<br><br>Defendant. | CASE NO. 2:19-cv-175<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Parties' Joint Motion Regarding the Briefing of Class Certification and Filings Under Seal (Dkt. No. 184) is DENIED as moot.

//

//

//

MINUTE ORDER - 1

| | |
|---|---|
| 1 | The clerk is ordered to provide copies of this order to all counsel. |
| 2 | Filed March 7, 2023. |

                                          Ravi Subramanian  
                                        Clerk of Court

                                        s/Serge Bodnarchuk  
                                        Deputy Clerk