UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANTZ SAMSON, | CASE NO. 2:19-cv-00175 |
| Plaintiff, | ORDER STAYING CASE |
| v. | |
| UNITED HEALTHCARE SERVICES INC., | |
| Defendant. | |

This matter comes before the Court on the parties' Joint Submission Regarding Notice Plan. (Dkt. No. 272.) Previously, the Court certified two classes and directed the parties to meet and confer regarding a plan for sending notice to the class and a form of notice. (Dkt. No. 266.) Following this Order, United filed a Petition for Permission to Appeal the class certification before the Ninth Circuit. (Dkt. No. 271.) In the parties' Joint Submission Regarding Notice Plan they ask the Court to stay the case pending the Ninth Circuit's ruling. (Joint Submission at 1.) The Court GRANTS the parties' request and STAYS the case pending the Ninth Circuit's ruling.

1   The Court notes that this stay includes United's current Motion to Dismiss Claims of Non-
2   Washington Class Members. (Dkt. No. 277.)
3        The parties are ORDERED to provide a status update by January 16, 2024.
4        The clerk is ordered to provide copies of this order to all counsel.
5        Dated December 18, 2023.

Marsha J. Pechman
United States Senior District Judge