UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANTZ SAMSON, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>UNITEDHEALTHCARE SERVICES, INC.,<br><br>                Defendant. | CASE NO. C19-175<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court ORDERS the parties to meet and confer to discuss deadlines for a new scheduling order. The parties shall provide a joint status report no later than seven (7) days of this Order. The status report should advise the Court how much additional time the parties need to complete discovery.

//

MINUTE ORDER - 1

The clerk is ordered to provide copies of this order to all counsel.

Filed April 16, 2024.

                                      Ravi Subramanian
                                      Clerk of Court

                                      s/Serge Bodnarchuk
                                      Deputy Clerk

MINUTE ORDER - 2