HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANTZ SAMSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED HEALTHCARE SERVICES, INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 2:19-cv-00175-MJP<br><br>**STIPULATED MOTION AND ~~PROPOSED~~ ORDER TO EXTEND CERTAIN INTERMEDIATE CASE DEADLINES BY ONE WEEK**<br><br>**NOTE ON MOTION CALENDAR:**<br>**June 17, 2024** |

The docket text accompanying the court's Order Setting Trial & Related Dates set certain additional deadlines. Dkt. No. 304. Among these were a deadline of June 17, 2024, for United Healthcare Services, Inc. "to identify call center agent" and a deadline of the same day for United "to complete production of all call recordings relating to class disposition codes." *Id.* United respectfully requests that these deadlines be extended one week to June 24, 2024. Plaintiff stipulates to and does not oppose this request.

"Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (quotations omitted). Prejudice to the adverse party bears on good cause, *see id.*, but is not relevant where, as here, Plaintiff does not oppose the requested extension, and there is good cause for extending United's deadlines by one week. United produced certain call recordings on May 27, 2024 and expects to produce further call recordings. Plaintiff notified United that he was unable to listen to some of the produced recording files. United is working to re-produce the files. This

JOINT MOTION AND ~~PROPOSED~~ ORDER TO EXTEND CERTAIN INTERMEDIATE CASE DEADLINES BY ONE WEEK- 1
CASE NO. 2:19-CV-00175-MJP

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

has delayed production of the remaining recordings and identification appropriate witnesses. Accordingly, despite diligence, additional time is needed to meet the Court's deadlines. The brief requested extension will not affect other Court deadlines or the trial date.

DATED June 17, 2024

| TERRELL MARSHALL LAW GROUP PLLC | LANE POWELL PC |
|---|---|
| By: *s/Jennifer Rust Murray*<br>    Beth E. Terrell, WSBA No. 26759<br>    Jennifer Rust Murray, WSBA No. 36983<br><br>    936 North 34th Street, Suite 300<br>    Seattle, Washington 98103-8869<br>    Telephone: (206) 816-6603<br>    Email: bterrell@terrellmarshall.com<br>    jmurray@terrellmarshall.com | By: *s/Erin M. Wilson*<br>    Barbara J. Duffy, WSBA No. 18885<br>    Erin M. Wilson, WSBA No. 42454<br>    Devon J. McCurdy, WSBA No. 52663<br>    Erika O'Sullivan, WSBA No. 57556<br><br>    1420 Fifth Avenue, Suite 4200<br>    P.O. Box 91302<br>    Seattle, WA 98111-9402<br>    Telephone: (206) 223-7000<br>    Email: duffyb@lanepowel.com<br>    wilsone@lanepowell.com<br>    osullivane@lanepowell.com<br>    mccurdyd@lanepowell.com |

FRANCIS MAILMAN SOUMILAS PC

   James A. Francis, *Admitted Pro Hac Vice*
   John Soumilas, *Admitted Pro Hac Vice*
   David A. Searles, *Admitted Pro Hac Vice*
   Jordan M. Sartell, *Admitted Pro Hac Vice*

   1600 Market Street, 25th Floor
   Philadelphia, Pennsylvania 19103
   Telephone: (215) 735-8600
   Email: jfrancis@consumerlawfirm.com
          jsoumilas@consumerlawfirm.com
          dsearles@consumerlawfirm.com
          jsartell@consumerlawfirm.com

BOIES SCHILLER FLEXNER LLP

   Maxwell V. Pritt, *Admitted Pro Hac Vice*

   44 Montgomery Street, 41st Floor
   San Francisco, California 94104
   Telephone: (415) 293-6800
   Email: mpritt@bsfllp.com

   Samuel C. Kaplan, *Admitted Pro Hac Vice*
   Jessica Mugler, *Admitted Pro Hac Vice*

   1401 New York Avenue NW
   Washington, DC 20005
   Telephone: (202) 237-2727
   Email: skaplan@bsfllp.com
          jmugler@bsfllp.com

SHUB & JOHNS LLC

   Jonathan Shub, *Admitted Pro Hac Vice*
   Samantha Holbrook, *Admitted Pro Hac Vice*

   Four Tower Bridge
   200 Barr Harbor Drive, Suite 400
   Conshohocken, PA 19428
   Telephone: (610) 477-8380

JOINT MOTION AND ~~PROPOSED~~ ORDER TO EXTEND CERTAIN INTERMEDIATE CASE DEADLINES BY ONE WEEK- 2
CASE NO. 2:19-CV-00175-MJP

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| Email: jshub@shublawyers.com<br>sholbrook@shublawyers.com<br><br>*Attorneys for Plaintiff* | GIBSON DUNN & CRUTCHER LLP<br><br>Timothy W. Loose, *Admitted Pro Hac Vice*<br><br>333 South Grand Avenue, 54th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7000<br>Email: tloose@gibsondunn.com<br><br>*Attorneys for Defendant* |

**ORDER**

Based on the foregoing Stipulation, IT IS SO ORDERED.

DATED this 18th day of June, 2024.

*[signature]*

The Honorable Marsha J. Pechman
United States District Court Judge

JOINT MOTION AND ~~PROPOSED~~ ORDER TO EXTEND CERTAIN INTERMEDIATE CASE DEADLINES BY ONE WEEK- 3
CASE NO. 2:19-CV-00175-MJP

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107