UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANTZ SAMSON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> UNITED HEALTHCARE SERVICES INC., <br><br> Defendant. | CASE NO. 2:19-cv-00175-MJP <br><br> ORDER GRANTING MOTION TO FILE OVERLENGTH BRIEF |

Before the Court is Defendant United HealthCare Services, Inc.'s Unopposed Motion for Leave to File Overlength Brief. (Dkt. No. 308.) The Court GRANTS the Motion. United's forthcoming Motion to Decertify the Classes may be no more than 9,900 words in length.

IT IS SO ORDERED.

The clerk is ordered to provide copies of this order to all counsel.

Dated July 17, 2024.

Marsha J. Pechman
United States Senior District Judge