THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRANTZ SAMSON, a Washington resident, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTHCARE SERVICES, INC.,<br><br>Defendant. | Case No. 2:19-cv-00175-MJP<br><br>**JOINT MOTION AND ORDER TO EXTEND DEADLINE TO SEND NOTICE**<br><br>**NOTED FOR CONSIDERATION:**<br>JULY 29, 2024 |

WHEREAS, on May 24, 2024, the Court entered an order setting a deadline of August 12, 2024 for Plaintiff to send notice to the classes (Dkt. No. 304);

WHEREAS, between February 16, 2024 and July 16, 2024, Defendant made multiple productions of voluminous call recordings that Defendant contends support its position that the classes should be decertified;

WHEREAS, both parties have been diligently reviewing these call recordings;

WHEREAS, on July 12, 2024, Plaintiff filed a motion to approve the forms of notice to send to class members (Dkt. No. 307);

WHEREAS, on July 13, 2024, Plaintiff provided Defendant with a list of phone numbers that Plaintiff contends are in the two classes based on Plaintiff's review of the evidence;

WHEREAS, on July 22, 2024, Defendant filed a motion to decertify the Classes (Dkt. 311);

JOINT MOTION AND ORDER TO EXTEND
DEADLINE TO SEND NOTICE - 1
Case No. 2:19-cv-00175-MJP

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  WHEREAS, the parties conferred and agreed to request that the Court modify the case schedule to continue the class notice deadline until after the Court resolves the decertification motion;

WHEREAS, the parties continue to confer about the forms of notice, anticipate reaching an agreement by the time the decertification motion is resolved, and will ask the Court to approve the notice forms, if appropriate, after Defendant's decertification motion is resolved;

WHEREAS, Plaintiff will accordingly be filing a notice of withdrawal of Plaintiff's motion to approve the forms of notice along with this joint motion;

WHEREAS, the class action administrator has indicated it will need twenty days to send notice after an order on Defendant's decertification motion;

WHEREAS, good cause exists to wait until after the decertification motion is resolved to send class notice because the Court's decertification ruling would obviate the need for notice if granted in full and if denied in whole or in part, may affect the scope of the certified classes or the class definitions to be included in the notices.

Accordingly, the parties request that the deadline to send notice be extended to twenty days following the Court's ruling on Defendant's decertification motion.

RESPECTFULLY SUBMITTED AND DATED this 29th day of July, 2024.

| TERRELL MARSHALL LAW GROUP PLLC | LANE POWELL PC |
|---|---|
| By: */s/ Jennifer Rust Murray*<br>Beth E. Terrell, WSBA #26759<br>Email: bterrell@terrellmarshall.com<br>Jennifer Rust Murray, WSBA #36983<br>Email: jmurray@terrellmarshall.com<br>Adrienne D. McEntee, WSBA #34061<br>Email: amcentee@terrellmarshall.com<br>Blythe H. Chandler, WSBA #43387<br>Email: bchandler@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603 | By: */s/ Erin M. Wilson*<br>Barbara J. Duffy, WSBA #18885<br>Email: duffyb@lanepowell.com<br>Devon McCurdy, WSBA #52663<br>Email: mccurdyd@lanepowell.com<br>Erika O'Sullivan, WSBA #57556<br>Email: osullivane@lanepowell.com<br>Erin M. Wilson, WSBA #42454<br>Email: wilsonem@lanepowell.com<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle, Washington 98111-9402<br>Telephone: (206) 223-7944 |

JOINT MOTION AND ORDER TO EXTEND
DEADLINE TO SEND NOTICE - 2
Case No. 2:19-cv-00175-MJP

**Terrell Marshall Law Group PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | |
|---|---|
| **FRANCIS MAILMAN SOUMILAS, P.C.** | **BOIES SCHILLER FLEXNER LLP** |
| James A. Francis, *Admitted Pro Hac Vice*<br>Email: jfrancis@consumerlawfirm.com<br>John Soumilas, *Admitted Pro Hac Vice*<br>Email: jsoumilas@consumerlawfirm.com<br>Jordan M. Sartell, *Admitted Pro Hac Vice*<br>Email: jsartell@consumerlawfirm.com<br>1600 Market Street, 25th Floor<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 735-8600 | Maxwell V. Pritt, *Admitted Pro Hac Vice*<br>Email: mpritt@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, California 94104<br>Telephone: (415) 293-6800<br><br>Samuel C. Kaplan, *Admitted Pro Hac Vice*<br>Email: skaplan@bsfllp.com<br>Jessica Mugler, *Admitted Pro Hac Vice*<br>Email: jmugler@bsfllp.com<br>Email: lchauncey@bsfllp.com<br>1401 New York Avenue NW<br>Washington, DC 20005<br>Telephone: (202) 237-2727 |
| **SHUB & JOHNS LLC**<br><br>Jonathan Shub, *Admitted Pro Hac Vice*<br>Email: jshub@shublawyers.com<br>Samantha E. Holbrook, *Admitted Pro Hac Vice*<br>Email: sholbrook@shublawyers.com<br>Four Tower Bridge<br>200 Barr Harbor Drive, Suite 400<br>Conshohocken, Pennsylvania 19428<br>Telephone: (610) 477-8380 | **GIBSON DUNN & CRUTCHER LLP**<br><br>Timothy W. Loose, *Admitted Pro Hac Vice*<br>Email: tloose@gibsondunn.com<br>333 South Grand Avenue, 54th Floor<br>Los Angeles, California 90071<br>Telephone: (213) 229-7000 |
| *Attorneys for Plaintiff and Proposed Classes* | *Attorneys for Defendant* |

JOINT MOTION AND ORDER TO EXTEND
DEADLINE TO SEND NOTICE - 3
Case No. 2:19-cv-00175-MJP

**ORDER**

IT IS SO ORDERED.

DATED this 31st day of July, 2024.

_____
Marsha J. Pechman
United States Senior District Judge

JOINT MOTION AND ORDER TO EXTEND
DEADLINE TO SEND NOTICE - 4
Case No. 2:19-cv-00175-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com