THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRANTZ SAMSON, a Washington resident, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTHCARE SERVICES, INC.,<br><br>Defendant. | Case No. 2:19-cv-00175-MJP<br><br>**JOINT MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR DECERTIFICATION BRIEFING BY ONE WEEK**<br><br>**NOTED FOR CONSIDERATION:**<br>SEPTEMBER 6, 2024 |

The parties respectfully request that the Court extend by one week the deadlines for briefing on Defendant's motion for decertification (Dkt. No. 311) and Defendant's corresponding motion to seal (Dkt. No. 310). In support of this motion, the parties stipulate as follows:

WHEREAS, on July 22, 2024, Defendant filed a motion to decertify the classes (Dkt. No. 311) and a corresponding motion to seal (Dkt. No. 310);

WHEREAS, following Defendant's motion to decertify, Plaintiff served discovery, including Federal Rule of Civil Procedure 30(b)(1) and 30(b)(6) deposition notices concerning evidence Defendant submitted in connection with its decertification motion;

WHEREAS, Plaintiff submitted a request for production of additional call recordings following the submission of Defendant's motion to decertify and also took depositions of call-agent witnesses for trial whom Defendant had identified pursuant to the case schedule;

JOINT MOTION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE - 1
Case No. 2:19-cv-00175-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  WHEREAS, Defendant agreed to re-note its decertification motion for September 27,
2  2024, and the Court granted the parties' stipulated motion to extend the deadline for Plaintiff's
3  response to September 6, 2024, and Defendant's reply to September 27, 2024 (Dkt. No. 322);

4  WHEREAS, Plaintiff received the transcript of the deposition he took on August 29,
5  2024 at around 8:20 a.m. on September 6, 2024, and Plaintiff received the transcript for the
6  deposition he took on September 4, 2024 at 11:30 a.m. on September 5, 2024;

7  WHEREAS, Defendant produced additional recordings at Plaintiff's request on
8  September 3, 2024;

9  WHEREAS, Plaintiff requests an additional week to enable sufficient time for Plaintiff to
10 review and account for the deposition transcripts and additional recordings;

11 WHEREAS, the parties have conferred, and Defendant does not oppose the relief that
12 Plaintiff seeks in this motion;

13 WHEREAS, the parties propose the following:

| Event | Current Date | Proposed Date |
|---|---|---|
| Plaintiff's Response to Decertification Motion and Response to Motion to Seal | September 6, 2024 | September 13, 2024 |
| Defendant's Reply in Support of Decertification Motion and Motion to Seal | September 27, 2024 | October 4, 2024 |

20 Accordingly, the parties request that the Court modify the case schedule as follows:

| Event | Date |
|---|---|
| Plaintiff's Response to Decertification Motion and Motion to Seal | September 13, 2024 |
| Defendant's Reply in Support of Decertification Motion and Motion to Seal | October 4, 2024 |

JOINT MOTION AND [PROPOSED] ORDER TO
MODIFY CASE SCHEDULE - 2
Case No. 2:19-cv-00175-MJP

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

RESPECTFULLY SUBMITTED AND DATED this 6th day of September, 2024.

| TERRELL MARSHALL LAW GROUP PLLC | LANE POWELL PC |
|---|---|
| By: */s/ Jennifer Rust Murray*<br>Beth E. Terrell, WSBA #26759<br>Email: bterrell@terrellmarshall.com<br>Jennifer Rust Murray, WSBA #36983<br>Email: jmurray@terrellmarshall.com<br>Adrienne D. McEntee, WSBA #34061<br>Email: amcentee@terrellmarshall.com<br>Blythe H. Chandler, WSBA #43387<br>Email: bchandler@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603 | By: */s/ Erin M. Wilson*<br>Barbara J. Duffy, WSBA #18885<br>Email: duffyb@lanepowell.com<br>Devon McCurdy, WSBA #52663<br>Email: mccurdyd@lanepowell.com<br>Erika O'Sullivan, WSBA #57556<br>Email: osullivane@lanepowell.com<br>Erin M. Wilson, WSBA #42454<br>Email: wilsonem@lanepowell.com<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle, Washington 98111-9402<br>Telephone: (206) 223-7944 |
| FRANCIS MAILMAN SOUMILAS, P.C.<br><br>James A. Francis, *Admitted Pro Hac Vice*<br>Email: jfrancis@consumerlawfirm.com<br>John Soumilas, *Admitted Pro Hac Vice*<br>Email: jsoumilas@consumerlawfirm.com<br>Jordan M. Sartell, *Admitted Pro Hac Vice*<br>Email: jsartell@consumerlawfirm.com<br>1600 Market Street, 25th Floor<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 735-8600 | BOIES SCHILLER FLEXNER LLP<br><br>Maxwell V. Pritt, *Admitted Pro Hac Vice*<br>Email: mpritt@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, California 94104<br>Telephone: (415) 293-6800<br><br>Samuel C. Kaplan, *Admitted Pro Hac Vice*<br>Email: skaplan@bsfllp.com<br>Jessica Mugler, *Admitted Pro Hac Vice*<br>Email: jmugler@bsfllp.com<br>Email: lchauncey@bsfllp.com<br>1401 New York Avenue NW<br>Washington, DC 20005<br>Telephone: (202) 237-2727 |
| SHUB & JOHNS LLC<br><br>Jonathan Shub, *Admitted Pro Hac Vice*<br>Email: jshub@shublawyers.com<br>Samantha E. Holbrook, *Admitted Pro Hac Vice*<br>Email: sholbrook@shublawyers.com<br>Four Tower Bridge<br>200 Barr Harbor Drive, Suite 400<br>Conshohocken, Pennsylvania 19428<br>Telephone: (610) 477-8380<br><br>*Attorneys for Plaintiff and Proposed Classes* | GIBSON DUNN & CRUTCHER LLP<br><br>Timothy W. Loose, *Admitted Pro Hac Vice*<br>Email: tloose@gibsondunn.com<br>333 South Grand Avenue, 54th Floor<br>Los Angeles, California 90071<br>Telephone: (213) 229-7000<br><br>*Attorneys for Defendant* |

JOINT MOTION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE - 3
Case No. 2:19-cv-00175-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

**ORDER**

IT IS SO ORDERED.

DATED this 10th day of September, 2024.

*[signature]*

THE HONORABLE MARSHA J. PECHMAN

---

JOINT MOTION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE - 4
Case No. 2:19-cv-00175-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com