HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANTZ SAMSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED HEALTHCARE SERVICES, INC.,<br><br>　　　　　　　　　Defendant. | Case No.  2:19-cv-00175-MJP<br><br>**STIPULATED MOTION AND** ~~**PROPOSED**~~ **ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE REPLY IN SUPPORT OF PENDING MOTION TO DECERTIFY THE CLASSES AND TO RENOTE THE MOTION TO DECERTIFY THE CLASSES**<br><br>**NOTE ON MOTION CALENDAR: September 20, 2024** |

Under Local Civil Rules 7(d)(1) and 10(g), Plaintiff Frantz Samson ("Samson") and Defendant United HealthCare Services, Inc. ("United") stipulate as follows:

WHEREAS United filed its Motion to Decertify the Classes (Dkt. #311) on July 22, 2024;

WHEREAS, United did not oppose Plaintiff's request to re-note this motion to allow for Plaintiff's Response Brief to be filed on September 13, 2024 (Dkt. #330);

WHEREAS Plaintiff submitted with his Response Brief a new class list, new evidence (Dkt. #331) and a new expert witness declaration (Dkt. #332), which United seeks discovery regarding before filing a Reply Brief in Support of its Motion to Decertify the Class;

WHEREAS, United's Reply Brief currently is due to be filed on or before October 4, 2024;

WHEREAS, Plaintiff has represented that his expert witness is unavailable for deposition before October 15, 2024;

STIPULATED MOTION AND ~~PROPOSED~~ ORDER
TO EXTEND DEADLINE- 1
CASE NO. 2:19-CV-00175-MJP

115616.0080/9886214.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1   WHEREAS the parties jointly agree that the deadline for United's Reply may be extended to be filed on November 1, 2024, to allow for the completion of necessary discovery and depositions.

Therefore, the Parties request that the Court grant this Stipulated Motion, permitting United to file its Reply in Support of its Motion to Decertify the Classes by November 1, 2024 and re-noting the Motion to Decertify the Classes for November 1, 2024.

DATED: September 20, 2024

| TERRELL MARSHALL LAW GROUP PLLC | LANE POWELL PC |
|---|---|
| By: *s/Jennifer Rust Murray*<br>Beth E. Terrell, WSBA No. 26759<br>Jennifer Rust Murray, WSBA No. 36983<br><br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603<br>Email: bterrell@terrellmarshall.com<br>jmurray@terrellmarshall.com | By: *s/Erin M. Wilson*<br>Barbara J. Duffy, WSBA No. 18885<br>Erin M. Wilson, WSBA No. 42454<br>Devon J. McCurdy, WSBA No. 52663<br>Erika O'Sullivan, WSBA No. 57556<br><br>P.O. Box 91302<br>Seattle, WA 98111-9402<br>Telephone: (206) 223-7000<br>Email: duffyb@lanepowel.com<br>wilsone@lanepowell.com<br>osullivane@lanepowell.com<br>mccurdyd@lanepowell.com |
| FRANCIS MAILMAN SOUMILAS PC<br><br>James A. Francis, *Admitted Pro Hac Vice*<br>John Soumilas, *Admitted Pro Hac Vice*<br>David A. Searles, *Admitted Pro Hac Vice*<br>Jordan M. Sartell, *Admitted Pro Hac Vice*<br><br>1600 Market Street, 25th Floor<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 735-8600<br>Email: jfrancis@consumerlawfirm.com<br>jsoumilas@consumerlawfirm.com<br>dsearles@consumerlawfirm.com<br>jsartell@consumerlawfirm.com | BOIES SCHILLER FLEXNER LLP<br><br>Maxwell V. Pritt, *Admitted Pro Hac Vice*<br><br>44 Montgomery Street, 41st Floor<br>San Francisco, California 94104<br>Telephone: (415) 293-6800<br>Email: mpritt@bsfllp.com<br><br>Samuel C. Kaplan, *Admitted Pro Hac Vice*<br>Jessica Mugler, *Admitted Pro Hac Vice* |
| SHUB & JOHNS LLC<br><br>Jonathan Shub, *Admitted Pro Hac Vice*<br>Samantha Holbrook, *Admitted Pro Hac Vice* | 1401 New York Avenue NW<br>Washington, DC 20005<br>Telephone: (202) 237-2727<br>Email: skaplan@bsfllp.com<br>jmugler@bsfllp.com |

STIPULATED MOTION AND ~~PROPOSED~~ ORDER
TO EXTEND DEADLINE- 2
CASE NO. 2:19-CV-00175-MJP

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

115616.0080/9886214.1

| | |
|---|---|
| Four Tower Bridge<br>200 Barr Harbor Drive, Suite 400<br>Conshohocken, PA 19428<br>Telephone: (610) 477-8380<br>Email: jshub@shublawyers.com<br>sholbrook@shublawyers.com<br><br>*Attorneys for Plaintiff* | GIBSON DUNN & CRUTCHER LLP<br><br>Timothy W. Loose, *Admitted Pro Hac Vice*<br><br>333 South Grand Avenue, 54th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7000<br>Email: tloose@gibsondunn.com<br><br>*Attorneys for Defendant* |

## ORDER

Based on the foregoing Stipulation, IT IS SO ORDERED. United may file its Reply in Support of its Motion to Decertify the Classes by November 1, 2024, and may re-note the Motion to Decertify the Classes for November 1, 2024. The Parties are expected to complete discovery by November 1, 2024, as per the previous deadlines set in this case. (*See* Dkt. No. 304.)

DATED this 23rd day of September 2024.

_____
The Honorable Marsha J. Pechman
United States District Court Judge

STIPULATED MOTION AND ~~PROPOSED~~ ORDER
TO EXTEND DEADLINE- 3
CASE NO. 2:19-CV-00175-MJP

115616.0080/9886214.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107