THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANTZ SAMSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED HEALTHCARE SERVICES, INC.,<br><br>　　　　　　　　　　　Defendant. | Case No. 2:19-CV-00175-MJP<br><br>**STIPULATED MOTION AND ~~PROPOSED~~ ORDER DECERTIFYING "DO NOT CALL" CLASS AND WITHDRAWING PENDING MOTION TO DECERTIFY**<br><br>**NOTE ON MOTION CALENDAR: November 1, 2024** |

　　　　Plaintiff Frantz Samson and Defendant United HealthCare Services, Inc., stipulate as follows:

　　　　1.　　On October 13, 2023, the Court in this case certified two classes:

**Wrong Number Class**
"All persons residing within the United States who, between January 9, 2015, and January 9, 2019, received a non-emergency telephone call(s) placed using either the Avaya Pro Contact or LiveVox IVR dialing systems from the Medicare and Retirement Non-Licensed Retention Team, the Community and State National Retention Team or the Medicare and Retirement Collections Team, to a cellular phone through the use of an artificial or prerecorded voice, and who, according to Defendant's records, was not a UnitedHealthcare member at the time of the call."

**Do Not Call Class**
"All persons residing within the United States who, between January 9, 2015, and January 9, 2019, received a non-emergency telephone call(s) placed using either the Avaya Pro Contact or LiveVox IVR dialing systems from the Medicare and Retirement Non-Licensed Retention Team, the Community and State National Retention Team or the Medicare and Retirement Collections Team, to a cellular

JOINT MOTION AND ~~PROPOSED~~ ORDER TO WITHDRAW PENDING MOTIONS AND DECERTIFY DNC CLASS - 1
NO. 2:19-CV-00175-MJP

BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(t) 415 293-6800 | (f) 415 293-6899
www.bsfllp.com

1  phone through the use of an artificial or prerecorded voice, and whose telephone number, according to Defendant's records, was flagged or documented as "do not call," "final do not contact" or otherwise recorded as a number not to be called."

Dkt. #266 at 30.

2.  Subsequent to class certification, the parties engaged in additional discovery, including the production by United of over 100,000 call recordings. On July 22, 2024, United filed a motion to decertify the classes and argued, *inter alia*, that the recordings demonstrated that the issue of consent could not be resolved for either class based on class-wide proof, that individualized issues of consent predominate, and thus that both classes should be decertified. *See generally* Defendant's Motion to Decertify the Classes, Dkt. # 311.

3.  On September 13, 2024, Plaintiff filed an opposition to United's motion. In the opposition, and for the reasons set forth therein, Plaintiff stated that he opposed decertification of the "Wrong Number" class. Dkt. # 330. However, Plaintiff agreed that the Court should decertify the "Do Not Call" class. Plaintiff's opposition explained that United "has now produced call recordings showing its agents routinely dispositioned calls 'DNC' and 'final do not contact' when the called party did not make a do not call request." *Id*. at 2. As a result, Plaintiff stated that it "does not oppose United's request to decertify the Do Not Call Class" and requested in its conclusion that the Court "decertify the Do Not Call class." *Id*.

4.  Defendant's motion to decertify similarly explained with many examples that "the extensive recording evidence United has produced" provided "overwhelming evidence that the 'do not call' code cannot eliminate the need for individualized factfinding to resolve the consent issue." Dkt # 311 at 9.

5.  Thus, as of September 13, 2024, the parties agreed that the "Do Not Call" class should be decertified.

6.  However, Plaintiff continued to maintain that certification of the Wrong Number class was appropriate, and thus opposed decertification of that class for the reasons set forth in Plaintiff's opposition. *See generally* Dkt. #330, Plaintiff's Opposition to Defendant's Motion to

JOINT MOTION AND ~~PROPOSED~~ ORDER TO WITHDRAW
PENDING MOTIONS AND DECERTIFY DNC CLASS - 2
NO. 2:19-CV-00175-MJP

BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(t) 415 293-6800 | (f) 415 293-6899
www.bsfllp.com

1  Decertify the Classes.  The parties thus continued to disagree as to whether the "Wrong Number"
2  class was properly certified as a class action.

3        7.     Following the filing of Plaintiff's opposition, the parties agreed to extend the
4  deadline for Plaintiff's reply until November 1, 2024, to allow for completion of discovery
5  relevant to the reply.

6        8.     On October 27, 2024, with completion of briefing on United's motion to decertify
7  imminent, the parties entered into settlement discussions to determine if the parties could resolve
8  the issues surrounding the "Wrong Number" class that remained in dispute without the need for
9  further proceedings before the Court.  As previously in the case, the parties enlisted the
10 assistance of Louis D. Peterson of Hillis Clark Martin & Peterson P.S. as mediator.

11       9.     On the evening of October 30, 2024, the parties reached a settlement in principle
12 to resolve the claims of the "Wrong Number" class—*i.e.*, the only issues that remained in
13 dispute.  The next day, the parties notified the Court of the settlement in an email from counsel
14 for Plaintiff.  The email stated:

> The parties are pleased to report that we have reached agreement in principle to resolve, on a classwide basis, *Samson v. UnitedHealthCare Services, Inc.*, No. 2:19-cv-00175-MJP. We are working to paper the settlement and anticipate being able to file a preliminary approval motion by December 6, 2024. All counsel of record are copied on this email.
>
> We respectfully request that the Court vacate all case deadlines, including tomorrow's deadlines related to Defendant's decertification motion, additional pretrial deadlines, and the March 31, 2025 trial date. Please let us know if the Court would like us to file a formal stipulation or notice in connection with this request.

22      10.    The Court's deputy replied:

> The Court appreciates the update on this case.  I have spoken with Judge Pechman's chambers, and she would like formal withdrawals of the pending motion for decertification and the two pending motions to seal to be filed on the docket.  Once we have those, the Court will issue an order vacating the March 31, 2025 trial date and related hearings/deadlines.

JOINT MOTION AND ~~PROPOSED~~ ORDER TO WITHDRAW
PENDING MOTIONS AND DECERTIFY DNC CLASS - 3
NO. 2:19-CV-00175-MJP

BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(t) 415 293-6800 | (f) 415 293-6899
www.bsfllp.com

11. The parties thus stipulate to (i) decertification of the "Do Not Call Class" for the reasons set forth above and in the parties' prior filings in which both parties agreed decertification was appropriate, and (ii) withdrawal of United's motion to decertify in light of the settlement between the parties as to which the parties anticipate seeking preliminary approval no later than December 6, 2024.

DATED:   November 1, 2024

| TERRELL MARSHALL LAW GROUP PLLC | LANE POWELL PC |
|---|---|
| By: */s/ Jennifer Rust Murray*<br>Beth E. Terrell, WSBA #26759<br>Email: bterrell@terrellmarshall.com<br>Jennifer Rust Murray, WSBA #36983<br>Email: jmurray@terrellmarshall.com<br>Adrienne D. McEntee, WSBA #34061<br>Email: amcentee@terrellmarshall.com<br>Blythe H. Chandler, WSBA #43387<br>Email: bchandler@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603 | By: */s/ Erin M. Wilson*<br>Barbara J. Duffy, WSBA #18885<br>Email: duffyb@lanepowell.com<br>Devon McCurdy, WSBA #52663<br>Email: mccurdyd@lanepowell.com<br>Erika O'Sullivan, WSBA #57556<br>Email: osullivane@lanepowell.com<br>Erin M. Wilson, WSBA #42454<br>Email: wilsonem@lanepowell.com<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle, Washington 98111-9402<br>Telephone: (206) 223-7944 |
| FRANCIS MAILMAN SOUMILAS, P.C.<br><br>James A. Francis, Admitted Pro Hac Vice<br>Email: jfrancis@consumerlawfirm.com<br>John Soumilas, Admitted Pro Hac Vice<br>Email: jsoumilas@consumerlawfirm.com<br>Jordan M. Sartell, Admitted Pro Hac Vice<br>Email: jsartell@consumerlawfirm.com<br>1600 Market Street, 25th Floor<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 735-8600 | BOIES SCHILLER FLEXNER LLP<br><br>Maxwell V. Pritt, *Admitted Pro Hac Vice*<br>Email: mpritt@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, California 94104<br>Telephone: (415) 293-6800<br><br>Samuel C. Kaplan, *Admitted Pro Hac Vice*<br>Email: skaplan@bsfllp.com<br>Jessica Mugler, *Admitted Pro Hac Vice*<br>Email: jmugler@bsfllp.com<br>Email: lchauncey@bsfllp.com<br>1401 New York Avenue NW<br>Washington, DC 20005<br>Telephone: (202) 237-2727 |
| SHUB & JOHNS LLC<br><br>Jonathan Shub, Admitted Pro Hac Vice<br>Email: jshub@shublawyers.com<br>Samantha E. Holbrook, Admitted Pro Hac Vice<br>Email: sholbrook@shublawyers.com | GIBSON DUNN & CRUTCHER LLP |

JOINT MOTION AND ~~PROPOSED~~ ORDER TO WITHDRAW
PENDING MOTIONS AND DECERTIFY DNC CLASS - 4
NO. 2:19-CV-00175-MJP

BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(t) 415 293-6800 | (f) 415 293-6899
www.bsfllp.com

| | |
|---|---|
| Four Tower Bridge<br>200 Barr Harbor Drive, Suite 400<br>Conshohocken, Pennsylvania 19428<br>Telephone: (610) 477-8380<br><br>*Class Counsel* | Timothy W. Loose, *Admitted Pro Hac Vice*<br>Email: tloose@gibsondunn.com<br>333 South Grand Avenue, 54th Floor<br>Los Angeles, California 90071<br>Telephone: (213) 229-7000<br><br>*Attorneys for Defendant* |

### ORDER

Based on the foregoing Stipulation, IT IS SO ORDERED.

DATED this 6th day of November, 2024.

*[signature]*

The Honorable Marsha J. Pechman
United States District Court Judge

JOINT MOTION AND ~~PROPOSED~~ ORDER TO WITHDRAW
PENDING MOTIONS AND DECERTIFY DNC CLASS - 5
NO. 2:19-CV-00175-MJP

BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(t) 415 293-6800 | (f) 415 293-6899
www.bsfllp.com